**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**James Carl Doron WILLIAMS,**
**Defendant-Appellant.**

**No. 16-13210**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(April 19, 2017)

David Charles Waterman, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Andrew C. Searle, U.S. Attorney's Office, Orlando, FL, for Plaintiff-Appellee

James Carl Doron Williams, AUSP Thomson Satellite Camp, Thomson, IL, for Defendant-Appellant

Before HULL, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Aaron Baghdadi, appointed counsel for James Williams in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the en-

tire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Williams's conviction and sentence are **AFFIRMED**. Because we have concluded that no arguable issues of merit exist, Williams's motions for appointment of new counsel and relief under Fed. R. App. P. 31 are DENIED as moot.